# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| TOMMY HOLLOWAY,<br><br>    Plaintiff,<br><br>v.<br><br>TRAXION INC,<br><br>    Defendant. | CV 418-130 |

## **ORDER**

The parties' joint motion to stay deadlines for forty-five (45) days is **GRANTED**. Doc. 37. All deadlines in this case are **STAYED** for 45 days.

**SO ORDERED** this 26th day of August, 2019.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA