**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

TOMMY HOLLOWAY,

    Plaintiff,

v.

TRAXION, INC.,

    Defendant.

CIVIL ACTION NO.: 4:18-cv-130

**O R D E R**

Presently before the Court is the parties' Stipulation of Dismissal. (Doc. 39.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby **DISMISSES** this action **WITH PREJUDICE**. The Clerk shall **TERMINATE** all motions and deadlines and **CLOSE** this case.

**SO ORDERED**, this 20th day of November, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA